_____



      **SO ORDERED,**

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 10, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

    **ANDREANA ELISE WILLIAMS**         **CASE NO. 25-50367 KMS**

        **DEBTOR .**                                           **CHAPTER 7**

Thomas Carl Rollins, Jr., Esq.
Andreana Elise Williams, Debtor

## ORDER SETTING SHOW CAUSE

YOU ARE HEREBY ORDERED TO APPEAR on July 10, 2025, at 9:00 a.m., in the Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. U. S. Courthouse, 2012 15th Street, Gulfport, Mississippi, to show cause why the case should not be closed without entry of discharge for failure to comply with the court's Notice (Dkt. #18) issued on May 23, 2025, to file the Certificate of Completion of a Personal Financial Management Course, in the above-styled case.

## END OF ORDER ##