_____



      SO ORDERED,

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: July 7, 2025**

_____
The Order of the Court is set forth below. The docket reflects the date entered.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
    ANDREANA ELISE WILLIAMS,                      CASE NO. 25-50367 KMS

    DEBTOR(S).                                                                      CHAPTER 7

## ORDER DISMISSING ORDER TO SHOW CAUSE

There came on for consideration the Order to Show Cause (Dkt. #20) entered on June 10, 2025, regarding why the case should not be closed without entry of discharge for failure to comply with the court's Notice (Dkt. #18) in the above-styled case.   The Court, having considered same, finds that the Order should be dismissed.

IT IS, THEREFORE, ORDERED that the Order is hereby dismissed.

##END OF ORDER##