United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-50367-KMS
Andreana Elise Williams  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 2
Date Rcvd: Jul 07, 2025      Form ID: 318      Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andreana Elise Williams, 5119 Center Drive, Moss Point, MS 39563-2015 |
| cr | | Singing River Federal Credit Union, 6006 MS-63, Moss Point, MS 39563 |
| 5485696 | + | Gulf Trust FCU, 2533 Denny Ave, Pascagoula, MS 39567-2412 |
| 5489496 | + | Ochsner, 450 Poydras St. Suite 2600, New Orleans,LA 70130-3208 |
| 5487659 | + | Scott Corlew, Esq., Corlew Law Firm PLLC, Atty for Singing River Federal Credit Un, P.O. Box 808, Pascagoula, MS 39568-0808 |
| 5485704 | | Velocity Investment, 1800 NJ-34, #404A, Wall Township, NJ 07719 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Jul 08 2025 00:16:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5485691 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 07 2025 20:16:52 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5485692 | | EDI: CAPONEAUTO.COM | Jul 08 2025 00:16:00 | Capital One Auto, PO Box 260848, Plano, TX 75026-0848 |
| 5501991 | + | EDI: AISACG.COM | Jul 08 2025 00:16:00 | Capital One Auto Finance, a division of, Capital One, N.A., c/o AIS Portfolio Ser, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5485693 | + | Email/Text: bankruptcy@credencerm.com | Jul 07 2025 20:13:00 | Credence Resource, Attn: Bankruptcy, 4222 Trinity Mills Rd, Suite 260, Dallas, TX 75287-7666 |
| 5485694 | + | EDI: AMINFOFP.COM | Jul 08 2025 00:16:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5485695 | | EDI: PHINGENESIS | Jul 08 2025 00:16:00 | Genesis Financial Syst, PO Box 4865, Beaverton, OR 97076-4865 |
| 5485698 | | Email/Text: EBN@Mohela.com | Jul 07 2025 20:13:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfiled, MO 63005 |
| 5485697 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 07 2025 20:13:00 | Midland Credit Managem, 2365 Northside Dr, Ste 300, San Diego, CA 92108-2710 |
| 5485699 | + | EDI: NFCU.COM | Jul 08 2025 00:16:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 5485700 | | Email/Text: clientinformation@procollect.com | Jul 07 2025 20:13:00 | Pro Collect, Inc, Attn: Bankruptcy, 12170 N Abrams Rd, Ste 100, Dallas, TX 75243 |
| 5485701 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Jul 07 2025 20:13:00 | Sezzle, Attn: Bankruptcy, Po Box 3320, Minneapolis, MN 55403 |
| 5485702 | + | Email/Text: lynn.simmers@srfcu.org | Jul 07 2025 20:13:00 | Singing River FCU, Attn: Bankruptcy, 6006 Highway 63, Moss Point, MS 39563-9534 |
| 5485703 | + | EDI: LCIUPSTART | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 07, 2025 | Form ID: 318 | Total Noticed: 20 |

                                    Jul 08 2025 00:16:00     Upstart Loan, P.O. Box 1503, San Carlos, CA 94070-7503

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2025                             Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2025 at the address(es) listed below:

**Name**                         **Email Address**

Scott Corlew
    on behalf of Creditor Singing River Federal Credit Union scott@corlewlaw.com layna@corlewlaw.com

Thomas Carl Rollins, Jr
    on behalf of Debtor Andreana Elise Williams trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

Zachary S Wessler, Sr
    chapter7trustee@wesslerlawgroup.com
    meredith@symmesestes.com;MS17@ecfcbis.com;Wessler.ZacharyR140624@notify.bestcase.com

TOTAL: 4

*Information to identify the case:*

| | | |
|---|---|---|
| Debtor 1 | **Andreana Elise Williams** | Social Security number or ITIN   **xxx−xx−8447** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number:  **25−50367−KMS**

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Andreana Elise Williams**

Dated: 7/7/25

**By the court:** /s/Katharine M. Samson
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318          **Order of Discharge**          page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**